FILED
U.S. DISTRICT C...
AUGUSTA DIV.
2019 DEC 11 PM 12: 09
CLERK_____
SO. DIST. GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GLENN TRACY HALL, | ) |
| Plaintiff, | ) |
| v. | ) CV 318-083 |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Commissioner's final decision and **REMANDS** this case to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this ____ day of December, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE